IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIZABETH KESSLER** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FIRST UNION CORPORATION** | : | **NO. 02-2869** |

# O R D E R

AND NOW, this 12th day of July, 2002, after holding a Rule 16 initial pretrial conference in the above-captioned matter, it is hereby **ORDERED** that:

1. All proceedings in this matter are **STAYED** until September 12, 2002, in order for the parties to conduct settlement discussions.

2. On September 13, 2002 at 3:30 p.m., the parties are to place a telephone conference call to chambers. The purpose of this conference call will be to discuss the status of this action, and the need for further proceedings.

3. I am available, at any point in the pretrial process, to conduct a settlement conference, at the request of the parties.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-2869**
**TODAY'S DATE**: July 12, 2002        **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1. L. Bruce Hoffman, Esq. | 215-639-6355 |
| 2. E. Thomas Henefer, Esq. | 610-988-0803 |