IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIZABETH KESSLER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **FIRST UNION CORPORATION** | : | **NO. 02-2869** |

**O R D E R**

AND NOW, this 3rd day of October, 2002, after holding a telephone status conference in the above-captioned matter, it is hereby **ORDERED** that I will hold a **settlement conference** in this case on **November 8, 2002** at **10:00 a.m.**

The settlement conference will be held in Courtroom 3-H, 3rd Floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

At the November 8th conference, clients are to be present. Where the client is a corporation or organization, the available representative must have knowledge of the case and settlement authority.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-2869**
**TODAY'S DATE**: October 3, 2002          **LAW CLERK'S INITIALS**: JJK

**NAME**                                           **FAX NUMBER** (Area Code & Number)

1. L. Bruce Hoffman, Esq.                          215-639-6355
2. E. Thomas Henefer, Esq.                         610-988-0803