IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Elizabeth Kessler | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| First Union Corporation | : | NO. 02-2869 |

# <u>O R D E R</u>

**AND NOW, TO WIT:** this 2nd day of January, 2003,
it having been reported that the issues between the parties in
the above action have been settled and upon Order of the Court
pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with
prejudice, pursuant to agreement of counsel.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

Civ 12 (1/96)
41.1(b)